NORTH CAROLINA WESTERN
MEMORANDUM

Date: 11/19/2014

To: The Honorable Richard L. Voorhees
United States District Court Judge

From: Valerie G. Debnam
United States Probation Officer

Subject: Jennifer Sigmon
Case Number: 5:08CR58-01
Out-of-Country Travel Request

---

Ms. Sigmon appeared before Your Honor on December 12, 2010, for the offense of Bank Fraud and Aiding and Abetting in violation of 18:2, 1344 and 1346. Ms. Sigmon was sentenced to one (1) month imprisonment followed by a five (5) year term of supervised release. Ms. Sigmon's supervised release began on April 15, 2011, in the Western District of North Carolina.

Ms. Sigmon has submitted a request to travel to Ontario Canada for work purposes, for an international work conference. Ms. Sigmon will leave on January 11, 2015, and will return on January 14, 2015. She will be staying at the Imperial Hotel in Terrebonne Canada, and the Holiday Inn, Barrie, Ontario Canada.

Ms. Sigmon has maintained employment and a stable residence since she has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Ms. Sigmon be allowed to travel to Canada for work related travel, as long as she remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

Sigmon, Jennifer

5:08CR58-01

(x) Permission to Travel Approved

( ) Permission to Travel Denied

( ) Other

*[signature]*

Richard L. Voorhees
United States District Judge

November 24, 2015

Date

Signature of Judicial Officer